IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TYRONE LAVALL SCOTT                                                                                             PLAINTIFF

v.                                                    Case No. 4:21-cv-4090

WARDEN HOLDEN, Miller County
Detention Center ("MCDC"), *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 18, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant conducted a preservice screening of Plaintiff's complaint and now recommends that the Court dismiss some of Plaintiff's claims pursuant to 28 U.S.C. § 1915A.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*.

Plaintiff's claims against Defendants James Moore and Douglas McCormick are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's official capacity claim against the State of Arkansas is **DISMISSED WITH PREJUDICE**. Plaintiff's official capacity claims against all other Defendants are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against all Defendants for theft of property are **DISMISSED WITH PREJUDICE**. Plaintiff's individual capacity claims against all Defendants for failure to respond to grievances and for failure to conduct a criminal investigation are **DISMISSED WITH PREJUDICE**. Plaintiff's individual capacity claim against Defendant Steven King for overcharging for medical

care is **DISMISSED WITH PREJUDICE**. Plaintiff's individual capacity claim against Defendant Steven King for denial of medical care is the sole remaining claim and will remain for service.

**IT IS SO ORDERED**, this 8th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge