IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TYRONE LAVALL SCOTT                                                                                                  PLAINTIFF

v.                                             Case No. 4:21-cv-04090

NURSE S. KING                                                                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 19, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Plaintiff Tyrone Lavall Scott has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, pursuant to 28 U.S.C. § 1915(b)(1), the instant action is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 22nd day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge